1  Matthew R. Orr, Bar No. 211097
2  morr@calljensen.com
   Michael S. Orr, Bar No. 196844
3  msorr@calljensen.com
   CALL & JENSEN
4  A Professional Corporation
   610 Newport Center Drive, Suite 700
5  Newport Beach, CA  92660
   Tel:   (949) 717-3000
6  Fax:   (949) 717-3100
7
8  Attorneys for Defendant Monterey Financial Services, Inc.
9

JS-6

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12

13  GUNTER WEISSMANN,                    Case No.  EDCV13-01598 JGB (OPx)

14          Plaintiff,                   **ORDER RE JOINT STIPULATION**
                                         **FOR DISMISSAL OF ENTIRE**
15          vs.                          **ACTION**

16  MONTEREY FINANCIAL SERVICES,
17  INC., JOHN DOES 1-10,

18          Defendants.

19

20                                       Complaint Filed:   September 6, 2013
                                         Trial Date:        None Set
21

22

23  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

24

25          Pursuant to the Joint Stipulation for Dismissal of Entire Action and good cause

26  appearing therefore, IT IS HEREBY ORDERED THAT:

27

28

CALL &
JENSEN

1   1.   The above-referenced action be DISMISSED without prejudice of each

2        and all of Plaintiff's claims alleged in the above-referenced action.

3

4   **IT IS SO ORDERED.**

5

6   DATE: January 8, 2014

7                                         Hon. Jesus G. Bernal
                                          United States District Court Judge

ORDER RE JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION